UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ROSEMENE SINCERE,

    Plaintiff,                                          CASE NO. 9:25-cv-81274-DMM

v.

DELRAY NURSING AND
REHAB LLC d/b/a
CASCADES DELRAY SNF[1],

    Defendant.
_____/

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Delray Nursing and Rehab, LLC ("Delray Nursing" or "Defendant"), by and through its undersigned counsel and pursuant Fed. R. Civ. P. 7.1, submits this Corporate Disclosure Statement, and states as follows:

Delray Nursing and Rehab, LLC d/b/a Cascades Health and Rehabilitation Center is a privately held limited liability company with one individual managing member. No publicly held corporation company holds more than ten percent (10%) ownership interest in Delray Nursing and Rehab, LLC.

Dated: December 12, 2025

                                                Respectfully submitted,

                                                JACKSON LEWIS P.C.
                                                1 SE 3rd Avenue, Suite 2300
                                                Miami, Florida 33131
                                                Telephone: (305) 577-7600

                                            By: *s/ Ena T. Diaz*
                                                Ena T. Diaz, Esq.
                                                Florida Bar No. 90999

---

[1] The d/b/a for this legal entity is Cascades Health and Rehabilitation Center.

CASE NO.: 9:25-cv-81274-DMM

Email: *ena.diaz@jacksonlewis.com*
Haley L. Franco, Esq.
Florida Bar No. 1018529
Email: *haley.franco@jacksonlewis.com*
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

*s/ Ena T. Diaz*
Ena T. Diaz, Esq.

## **SERVICE LIST**

| | |
|---|---|
| Frank M. Malatesta, Esq. | Ena T. Diaz, Esq. |
| Florida Bar No. 0097080 | Florida Bar No. 90999 |
| Email*: frank@malatestalawoffice.com* | Email: *ena.diaz@jacksonlewis.com* |
| MALATESTA LAW OFFICE | Haley L. Franco, Esq. |
| 871 Venetia Bay Boulevard, Suite 238 | Florida Bar No. 1018529 |
| Venice, Florida 34285 | Email: *haley.franco@jacksonlewis.com* |
| Telephone: (941) 256-3812 | JACKSON LEWIS P.C. |
| | 1 SE 3rd Avenue, Suite 2300 |
| *Counsel for Plaintiff* | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | |
| | *Counsel for Defendant* |

4905-1277-6061, v. 2